1  Robert W. Norman, Jr. (SBN 232470)
2  Daniel R. Findley (SBN 341078)
   HOUSER LLP
3  9970 Research Drive
4  Irvine, California 92618
   Telephone: (949) 679-1111
5  Facsimile: (949) 679-1112
6  E-Mail: bnorman@houser-law.com

7  Attorneys for Defendants, PHH Mortgage Corporation and Deutsche Bank
8  National Trust Company, As Trustee For GSAMP Trust 2006-WPAC2, Pooling
   And Servicing Agreement Dated As Of November 1, 2006
9

10                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
11

12 | CHARLOTTE JACKSON, | Case No.: 1:22-at-00278 |
   |---|---|
13 | Plaintiffs, | **NOTICE OF REMOVAL OF** |
14 | | **ACTION BASED ON FEDERAL** |
   | vs. | **QUESTION** |
15 | | |
16 | PHH MORTGAGE CORPORATION; | **[28 U.S.C. §§ 1334(b) and 1452(a)]** |
17 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | |
18 | FOR GSAMP TRUST 2006-WPAC2, | [Removal from Superior Court of California, County of Tulare, Case No. VCU290860] |
19 | POOLING AND SERVICING AGREEMENT DATED AS OF | |
20 | NOVEMBER 1, 2006; and DOES 1-10, inclusive, | |
21 | | |
22 | Defendants. | |

23

24  / / /

25

26  / / /

27

28  / / /

                                1
                DEFENDANTS' NOTICE OF REMOVAL

1   **TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL**

2   **OF RECORD:**

3         **PLEASE TAKE NOTICE** that the Defendants, PHH Mortgage Corporation

4   and Deutsche Bank National Trust Company, As Trustee For GSAMP Trust 2006-

5   WPAC2, Pooling And Servicing Agreement Dated As Of November 1, 2006

6   ("Defendants") hereby remove Case No. VCU290860, and all claims and cause of

7   action therein (the "Action") filed with the Superior Court of the State of California,

8   County of Tulare, to the United States District Court for the Eastern District of

9   California, as further described below:

10  **I.      JURISDICTION**

11        1.      This Court has original jurisdiction over this matter pursuant to 28

12  U.S.C. § 1334(b) because this Action is related to the dismissed bankruptcy

13  proceeding # 19-13984, and all claims and causes of action in the Action may be

14  removed to this Court under 28 U.S.C. § 1452. This Court is part of the "district

15  and division" embracing the place where this Action was filed-Visalia, California,

16  in Tulare County, California. *See* 28 U.S.C § 1146(a).

17  **II.     THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE**

18  **        SATISFIED**

19        1.      The Complaint was filed in the Superior Court of California, County

20  of Tulare, on or about March 16, 2021, entitled Charlotte Jackson v. PHH Mortgage

21  Corporation, et al. Case No. VCU290860 ("State Court Action").

22        2.      The Defendants have not made a general appearance as to the

23  Complaint in the matter and has not waived any jurisdictional issues in the State

24  Court Action. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the

25  pleadings received to date are attached hereto as **Exhibit "1."**

26        3.      The Defendants remove this case within 30 days of service of the

27  Complaint, and within one year of the commencement of the State Court Action.

28

1    This removal is timely because it is not barred by the provisions of 28 U.S.C. §
2    1446(b).

3         4.      This Notice of Removal is brought on behalf of all named Defendants.

4         5.      No other motions or other proceedings in this Action are pending in
5    the Superior Court of Tulare County.

6         6.      No previous request has been made for removal.

7         7.      This action is removable to the instant Court because it originally could
8    have been filed in this Court pursuant to 28 U.S.C. §§ 1334(b) and 1452(a).
9    Supplemental jurisdiction exists with respect to other claims not subject to removal
10   pursuant to 28 U.S.C. §§ 1367 and 1441(c).

11   **III.   THIS COURT HAS JURISDICTION OVER PLAINTIFF'S CLAIMS**
12   **UNDER 28 U.S.C. §§ 1334(b) and 1452(a)**

13        8.      Removal is proper as this court has jurisdiction under 28 U.S.C. §
14   1452, which provides that a "party may remove any claim or cause of action in a
15   civil action … to the district court for the district where such civil action is pending,
16   if such district court has jurisdiction under section 1334 of this title." Title 28 U.S.C.
17   § 1334, in turn, confers jurisdiction upon this court to hear all civil proceedings that
18   are "related to cases under title 11," which is the United States Bankruptcy Code."

19        9.      In their Complaint, Plaintiff alleges that the Defendants violated the
20   automatic stay by continuing with the foreclosure process. Complaint ¶ 20, 21, 31,
21   & 81. Though the lawsuit is framed in state law claims it is rooted in bankruptcy
22   law as the accusations rest upon alleged violations of the automatic stay that took
23   place during the # 19-13984 bankruptcy proceeding.

24        10.     Consequently, this Action is "related to" the dismissed bankruptcy
25   proceeding # 19-13984 because this case is rooted in bankruptcy law and rests on
26   accusations that the Defendants violated the automatic stay, Title 11 U.S.C. §
27   362(a), that was in place during that bankruptcy proceeding. As such, this court has
28   original jurisdiction under 28 U.S.C. §§ 1334(b) and 1452(a).

1 | **IV.   VENUE**

2 |     11.    Pursuant to 28 U.S.C. § 1441(a) the United States District Court for

3 | the Eastern District of California is the proper venue for removal because it is the

4 | judicial district and division in which the State Court Action is pending.

5 | **V.   NOTICE**

6 |     12.    The Court in the State Court action has no hearings currently set.

7 |     13.    Defendant will cause to be filed a copy of this Notice of Removal with

8 | the Clerk of the Superior Court of California, for the County of Tulare.

9 | **VI.   PROCEDURAL REQUIREMENTS**

10 |     14.    This is not a "core proceedings" under 28 U.S.C. § 157(b)(2). As

11 | required by Fed. R. Bankr. P. 9027(a)(1), the Defendants state that they consent to

12 | entry of final order of judgment by any bankruptcy judge.

13 |     15.    The Defendants sign this Notice of Removal pursuant to Rule 11 of the

14 | Federal Rules of Civil Procedure and Rule 9011 of the Federal Rules of Bankruptcy

15 | Procedure.

16 |     16.    All Defendants named in this Action consent to the removal of this

17 | Action.

18 | **VII.   RESERVATION OF RIGHTS**

19 |     17.    Defendant reserves the right to supplement this notice when, and if,

20 | additional information becomes available. In addition, Defendant reserves all rights,

21 | including, but not limited to, defenses and objections as to venue, personal

22 | jurisdiction, and service. The filing of this notice is subject to, and without waiver

23 | of, any such defense or objection.

24 |     18.    In light of the foregoing, this action is properly removed to this Court

25 | pursuant to 28 U.S.C. § 1441.

26 |

27 | ///

28 |

DEFENDANTS' NOTICE OF REMOVAL

1    **WHEREFORE**, Defendant pray that the State Court Action be removed and

2    that this Court assume jurisdiction over – and determine – the action on the merits.

3

4    Dated: April 21, 2022                              **HOUSER LLP**

5                                                       /s/ Robert W. Norman, Jr.
                                                        Robert W. Norman, Jr.
6                                                       Daniel R. Findley
7                                                       Attorneys for Defendant,
                                                        PHH Mortgage Corporation and
8                                                       Deutsche Bank National Trust
9                                                       Company, As Trustee For GSAMP
                                                        Trust 2006-WPAC2, Pooling And
10                                                      Servicing Agreement Dated As Of
11                                                      November 1, 2006

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA 92618.

On April 21, 2022 I served the following document(s) described as follows:

**NOTICE OF REMOVAL OF ACTION BASED ON FEDERAL QUESTION**

On the following interested parties in this action:

Tony Cara
CDLG, PC
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
P: (888) 615-6765
F: (888) 660-8874
Litigation.CDLG@gmail.com
*Attorney for Plaintiff*

☒    FIRST CLASS MAIL—By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on April 21, 2022 at Irvine, California.

_____
Courtney Hershey