# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>            Defendants. | Case No.  1:22-cv-00479-DAD-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 3) |

Plaintiff initiated this action in Tulare County Superior Court on March 16, 2022.  On April 21, 2022, Defendants removed the action to federal court.  (ECF No. 1.)  An initial scheduling conference is currently set for June 22, 2022.

On April 28, 2022, the parties filed a stipulated request to extend the time for Defendants to file a responsive pleading by not more than thirty days, to allow Plaintiff to first file an amended complaint.  (ECF No. 3.)  The parties proffer the extension will provide time to discuss early settlement options.  The Court finds good cause exists to grant the parties' stipulated request.

///

///

///

1

1    Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

2  HEREBY ORDERED that:

3        1.      The parties' stipulated request is GRANTED (ECF No. 3);

4        2.      Defendants shall file a pleading responsive to the operative complaint on or

5                before **May 28, 2022**.

6

7  IT IS SO ORDERED.

8  Dated:    **April 28, 2022**

                                            _____
9                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2