**CDLG, PC**
Tony Cara, Esq. (SBN: 170720)
2973 Harbor Blvd., #594
Costa Mesa, CA 92626
Tel. (888) 615-6765
Fax (888) 660-8874
E-mail: Litigation.CDLG@gmail.com

Attorneys for Plaintiff,
CHARLOTTE JACKSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-WPAC2, POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2006; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. **1:22-cv-00479-DAD-SAB**<br><br>*Assigned to Hon. Dale A. Drozd*<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*Action Filed: March 16, 2022* |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** that Plaintiff, CHARLOTTE JACKSON (hereinafter, "Plaintiff"), by and through her counsel, releases all claims and causes of action against Defendants.

Therefore, Plaintiff hereby voluntarily dismisses this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i). Each party to bear their own fees and costs. Such dismissal shall be without prejudice.

DATED: June 7, 2022                              **CDLG, PC**

                                       BY:    */s/ Tony Cara*
                                                    TONY CARA, ESQ.
                                                    Attorney for Plaintiff,
                                                    CHARLOTTE JACKSON